IN THE UNITED STATES DISTRICT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | |
|---|---|
| IN RE WHEATON FRANCISCAN ERISA LITIGATION | Case No. 16-cv-04232<br><br>Honorable Gary Feinerman |

**PLAINTIFFS' UNOPPOSED MOTION FOR PRELIMINARY APPROVAL OF SETTLEMENT AGREEMENT**

Plaintiffs Bruce Bowen, Cheryl Mueller, and Diann Curtis ("Named Plaintiffs"), by and through their attorneys, respectfully move the Court for an Order: (1) preliminarily approving the Class Action Settlement Agreement ("Settlement" or "Settlement Agreement") between the Parties; (2) preliminarily certifying the proposed Settlement Class pursuant to Federal Rules of Civil Procedure 23(b)(1) and/or 23(b)(2); (3) approving the form and method of Class Notice; and (4) setting a date and time for a hearing (the "Fairness Hearing") for consideration of final approval of the Settlement, of payment of attorneys' fees and expenses, and of a potential Incentive Award to certain Plaintiffs.

Wherefore, for the foregoing reasons, Named Plaintiffs respectfully request that the Court grant their Unopposed Motion for Preliminary Approval of Settlement Agreement.

Dated: September 1, 2017

By:   /s/ *Carol V. Gilden*

        COHEN MILSTEIN SELLERS & TOLL, PLLC
        Carol V. Gilden
        Illinois Bar No.: 6185530
        190 South LaSalle Street, Suite 1705
        Chicago, IL 60603

Tel. (312) 357-0370
Fax: (312) 357-0369
Email: cgilden@cohenmilstein.com


Karen Handorf
Michelle C. Yau
Julie Goldsmith Reiser
Julia Horwitz
1100 New York Ave., NW, Suite 500 West
Washington, DC 20005
Tel.: (202) 408-4600
Fax: (202) 408-4699
Email: khandorf@cohenmilstein.com
      myau@cohenmilstein.com
      jreiser@cohenmilstein.com
      jhorwitz@cohenmilstein.com

KELLER ROHRBACK L.L.P.
Lynn Lincoln Sarko
Laura R. Gerber
1201 Third Avenue, Suite 3200
Seattle, WA 98101
Tel.: (206) 623-1900
Fax: (206) 623-3384
Email: lsarko@kellerrohrback.com
      lgerber@kellerrohrback.com

Ron Kilgard
Chris Graver
3101 North Central Avenue, Suite 1400
Phoenix, AZ 85012
Tel: (602) 248-0088
Fax: (602) 248-2822
Email: rkilgard@kellerrohrback.com


*Interim Co-Lead Class Counsel*

## **CERTIFICATE OF SERVICE**

      I hereby certify that on September 1, 2017, I electronically filed the foregoing with the Clerk of the Court using ECF, who in turn sent notice to all counsel of record.

Dated: September 1, 2017                            /s/ *Julia Horwitz*_____
                                                                                Julia Horwitz