IN THE UNITED STATES DISTRICT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | |
|---|---|
| IN RE WHEATON FRANCISCAN<br>ERISA LITIGATION | Case No. 16-cv-04232<br><br>Honorable Gary Feinerman |

**PLAINTIFFS' UNOPPOSED MOTION
FOR AWARD OF ATTORNEYS' FEES AND REIMBURSEMENT OF EXPENSES, AND
FOR INCENTIVE AWARDS TO NAMED PLAINTIFFS**

Plaintiffs Bruce Bowen, Cheryl Mueller, and Diann Curtis ("Named Plaintiffs"), by and through their attorneys, respectfully move the Court for an Order: (1) approving awards of attorneys' fees and expenses to their attorneys Cohen Milstein Sellers & Toll, PLLC, and Keller Rohrback L.L.P. ("Class Counsel") and additional Plaintiffs' Counsel; and (2) granting incentive awards to themselves, as class representatives.[1] Defendants do not oppose the relief sought herein. For the reasons set forth in the accompanying Memorandum, Plaintiffs ask that the Court grant Plaintiffs' Motion and award $2,250,000 in attorneys' fees and expenses to Class Counsel, and Incentive Awards of $10,000 to each of the three Named Plaintiffs.

Dated: November 28, 2017

By:   /s/ *Carol V. Gilden*

COHEN MILSTEIN SELLERS & TOLL, PLLC
Carol V. Gilden
Illinois Bar No.: 6185530
190 South LaSalle Street, Suite 1705
Chicago, IL 60603
Tel. (312) 357-0370
Fax: (312) 357-0369
Email: cgilden@cohenmilstein.com

---

[1] Plaintiffs file the instant Motion contemporaneously with their Unopposed Motion for Final Approval of Settlement Agreement and Certification of Settlement Class.

Karen Handorf
Michelle C. Yau
Julie Goldsmith Reiser
Julia Horwitz
1100 New York Ave., NW, Suite 500 West
Washington, DC 20005
Tel.: (202) 408-4600
Fax: (202) 408-4699
Email: khandorf@cohenmilstein.com
      myau@cohenmilstein.com
      jreiser@cohenmilstein.com
      jhorwitz@cohenmilstein.com

KELLER ROHRBACK L.L.P.
Lynn Lincoln Sarko
Laura R. Gerber
1201 Third Avenue, Suite 3200
Seattle, WA 98101
Tel.: (206) 623-1900
Fax: (206) 623-3384
Email: lsarko@kellerrohrback.com
      lgerber@kellerrohrback.com

Ron Kilgard
Chris Graver
3101 North Central Avenue, Suite 1400
Phoenix, AZ 85012
Tel: (602) 248-0088
Fax: (602) 248-2822
Email: rkilgard@kellerrohrback.com


*Interim Co-Lead Class Counsel*

## **CERTIFICATE OF SERVICE**

      I hereby certify that on November 28, 2017, I electronically filed the foregoing with the Clerk of the Court using ECF, who in turn sent notice to all counsel of record.

Dated: November 28, 2017                           /s/ *Julia Horwitz*_____
                                                                                       Julia Horwitz