IN THE UNITED STATES DISTRICT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | |
|---|---|
| IN RE WHEATON FRANCISCAN ERISA LITIGATION | Case No. 16-cv-04232<br><br>Honorable Gary Feinerman |

**PLAINTIFFS' UNOPPOSED MOTION FOR LEAVE TO FILE MEMORANDA EXCEEDING THE PAGE LIMITATION**

Plaintiffs Bruce Bowen, Cheryl Mueller, and Diann Curtis ("Named Plaintiffs"), by and through their attorneys, respectfully move for leave to file their Memorandum in Support of Plaintiffs' Unopposed Motion for Final Approval of the Settlement and Certification of Settlement Class ("Final Approval Brief"), and their Memorandum in Support of Plaintiffs' Unopposed Motion for Award of Attorneys' Fees, Expenses, and for Incentive Awards to Named Plaintiffs ("Fee Brief"), which exceed the 15-page limit required by Local Rule 7.1. Plaintiffs submit the following in support:

1. This Court has preliminarily certified this ERISA action as a class action pursuant to Fed. R. Civ. P. 23(b)(1) and/or (b)(2). ECF Nos. 90 & 91. If finally approved, this settlement will impact in excess of 27,000 participants in the Wheaton Franciscan System Retirement Plan. For this reason, it is imperative that this Court be fully informed of all relevant facts and legal arguments.

2. The Final Approval Brief describes the Settlement Agreement in detail and demonstrates the fairness, reasonableness, and adequacy of the proposed settlement. The brief also explains that this settlement is the first of its kind in that the guarantee functions as a type of insurance that may not otherwise be available. It also explains the Class Notice and

1

other resources available to class members. In the Final Approval Brief, Plaintiffs also demonstrate that the proposed class satisfies the requirements for class certification pursuant to Rule 23 of the Federal Rules of Civil Procedure.

3. The Fee Brief describes the fee request in detail, including the request for attorneys' fees, the request for out-of-pocket litigation expenses, and the request for incentive awards to Named Plaintiffs. The Fee Brief explains the relationship between the fees requested and the common benefit to be shared among the class, as well as the relationship between Class Counsel, Plaintiffs' Counsel, and the three Named Plaintiffs.

4. Plaintiffs cannot provide the Court with the facts and law necessary to make these showings in the page limitation set forth in Local Rule 7.1. Instead, Plaintiffs request that the Court grant them leave to file a Fee Brief and a Final Approval Brief not to exceed 25 pages in length each.

5. Counsel for Defendants have been advised of this request and do not oppose it.

WHEREFORE, Plaintiffs respectfully request that this Honorable Court enter an Order granting Plaintiffs' Motion to For Leave to File Memoranda Exceeding the Page Limitation.

Dated: November 28, 2017

By: __/s/ *Carol V. Gilden*_

COHEN MILSTEIN SELLERS & TOLL, PLLC
Carol V. Gilden
Illinois Bar No.: 6185530
190 South LaSalle Street, Suite 1705
Chicago, IL 60603
Tel. (312) 357-0370
Fax: (312) 357-0369
Email: cgilden@cohenmilstein.com

2

Karen Handorf
Michelle C. Yau
Julie Goldsmith Reiser
Julia Horwitz
1100 New York Ave., NW, Suite 500 West
Washington, DC 20005
Tel.: (202) 408-4600
Fax: (202) 408-4699
Email: khandorf@cohenmilstein.com
myau@cohenmilstein.com
jreiser@cohenmilstein.com
jhorwitz@cohenmilstein.com

KELLER ROHRBACK L.L.P.
Lynn Lincoln Sarko
Laura R. Gerber
1201 Third Avenue, Suite 3200
Seattle, WA 98101
Tel.: (206) 623-1900
Fax: (206) 623-3384
Email: lsarko@kellerrohrback.com
lgerber@kellerrohrback.com

Ron Kilgard
Chris Graver
3101 North Central Avenue, Suite 1400
Phoenix, AZ 85012
Tel: (602) 248-0088
Fax: (602) 248-2822
Email: rkilgard@kellerrohrback.com

*Interim Co-Lead Class Counsel*

## **CERTIFICATE OF SERVICE**

I hereby certify that on November 28, 2017, I electronically filed the foregoing with the Clerk of the Court using ECF, who in turn sent notice to all counsel of record.

Dated: November 28, 2017  /s/ *Julia Horwitz*_____
Julia Horwitz